UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LIDA JANETH GAVARIA PADGETT,<br><br>                Plaintiff,<br><br>          v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>                Defendant. | No. 2:23-cv-07702-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

     Based upon the parties' Stipulation (Dkt. 25), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $8,900 under 28 U.S.C. § 2412(d) and no costs, subject to the terms of the above-referenced Stipulation, and Plaintiff's prior Motion for EAJA fees (Dkt. 23) is DENIED as moot.

Dated:  July 9, 2024

JOHN D. EARLY
United States Magistrate Judge